### EX PARTE MRS. JOHN HILLEY.

No. 21879. Delivered April 8, 1942.
Rehearing Denied June 3, 1942.
Appealed to United States Supreme Court.
Mandate Ordered Recalled June 8, 1942.
Petition for Writ of Certiorari Denied by United States
Supreme Court October 19, 1942.
Order Recalling Mandate Set Aside and Clerk of Court of Criminal
Appeals Directed to Issue Mandate October 23, 1942.

The opinion states the case.

*Walter A. Nelson,* of Fort Worth, *Hayden C. Covington,* of Brooklyn, N. Y., and *A. M. Mood,* of Fort Worth, for appellant.

*Spurgeon E. Bell,* State's Attorney, of Austin, for the State.

HAWKINS, Presiding Judge.

Relator was convicted of violating an ordinance of the City of Comanche. She appealed to the county court and was there again convicted and assessed a fine of $15.00. She then secured a writ of habeas corpus from the district judge, and upon a hearing was remanded, from which order she prosecutes this appeal.

The ordinance was not violative of the Constitution.

Insofar as she seeks a review of the facts upon the claim that the ordinance was misapplied this case presents the same question dealt with in No. 21,798, Ex parte Killam, (Page 606 of this volume), and in No. 21,733, Ex parte Largent, (Page 592 of this volume), this day decided. For the reasons controlling those cases the judgment remanding relator is affirmed.

GRAVES, Judge.

My views have been expressed in the Largent case, supra.

ON MOTION FOR REHEARING.

BEAUCHAMP, Judge.

For the reasons set forth in Ex parte Tully B. Killam, No. 21,798, (Page 606 of this volume), the motion for rehearing in this cause is overruled.

HAWKINS, Presiding Judge.

Upon the request of Attorney for appellant an order was entered on June 8th, 1942, directing the Clerk of the Court of Criminal Appeals to recall the mandate, in order that appellant might file an application for Writ of Certiorari to the Supreme Court of the United States.

Appellant's application for writ of Certiorari was denied October 19, 1942, as evidenced by "Order on Petition for Writ of Certiorari" issued by the Clerk of the Supreme Court of the United States and filed in the Office of the Clerk of this Court on October 23, 1942.

Therefore, it is directed by this Court that the order heretofore made on June 8th, 1942, recalling mandate be set aside and the Clerk of the Court of Criminal Appeals of the State of Texas is hereby directed to issue mandate to have the judgment of this Court executed.